# EXHIBIT A — "CHARACTER REFERENCE LETTER"

C. Anthony Smith (Tony)
2560 Burgess Circle
Milton, Georgia 30004
January 21, 2023

I am writing this letter in recommendation of Ben Souther. I had the joy of supervising Special Agent Ben Souther in the Atlanta Field Office until my retirement June 30, 2021.

SA Souther was transferred to the Atlanta field office in the Fall of 2020 due to a Medical Hardship surrounding his oldest son, Ben Souther II, who he and his wife, Kristen, adopted from Foster Care weeks before entering the FBI.

Special Agent Souther was an excellent Agent. He was extremely professional and an outstanding representative of the FBI. He displayed an outstanding work-ethic and was the consummate team player.

Given his reputation, Agent Souther had the opportunity to try out for the Atlanta SWAT team early in his career, which is uncommon. As a former Atlanta SWAT Team Supervisor, I can attest that SWAT Selection is both physically and mentally rigorous. It is designed to evaluate potential Operator's suitability for high risk FBI operations. It is conducted under extreme stress as well as physical and mental fatigue to assess each potential Operator's judgment.

Only Special Agents who exhibit the capability to perform under those circumstances are selected. Agent Souther was one of only seven Special Agents to make it through the selection process and make the team.

I maintain relationships with Operators who were on the team with Agent Souther. It was clear that during his time on the team, Agent Souther not only displayed the desired qualities of a SWAT Operator, but was also dependable, had a willingness to learn, and an excellent reputation.

As his Supervisor, I observed and collaborated with Agent Souther on a daily basis. He demonstrated the highest morals and ethics and is certainly the prototype high-performer that the FBI looks to recruit.

If you would like additional information about SA Souther, you can telephone me at (678) 580-9126.

Sincerely,

C. Anthony Smith
FBI Supervisory Special Agent - retired

19