Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SOUTHER, BENJAMIN O | (P-1) | (S) | 10/26/2021 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code **385** | 5–B. Nature of Action **TERM DURING PROB/TRIAL PERIOD** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code **L4M** | 5–D. Legal Authority **REG 315.804 EQ** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SPECIAL AGENT 30401148 111001 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1811 | 11 | 03 | 90,816.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 59,474.00 | 13,179.00 | 72,653.00 | 18,163.00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION ATLANTA | 1B DJ AV0204304000000000  PP 22 2021 |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1–None  3–10-Point/Disability  5–10-Point/Other<br>2–5-Point  4–10-Point/Compensable  6–10-Point/Compensable/30% | 1  0–None  2–Conditional<br>1–Permanent  3–Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| W0  BASIC-5X ADDITIONAL | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| MF  FERS (FRAE) SPECIAL | 10/27/2019 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 13-0280-089 | ATLANTA  DEKALB  GA |

| 40. Agency Data | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: X | 44. ED LV:07 YR:00 INST PRG:000000 |
|---|---|---|---|---|

**45. Remarks**

SF 2819 was provided.  Life insurance coverage is extended for 31 days
during which you are eligible to convert to an individual policy
(nongroup contract).
Health benefits coverage is extended for 31 days during which you are
eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage
for up to 18 months.
Forwarding address:
5502 Bark Camp Rd Murrayville, GA 30564
Lump-sum payment to be made for any unused annual leave.
OPF retained by FBI EOPF UNIT
Reason(s) for termination:
Failure to meet the suitability standards.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | ELECTRONICALLY SIGNED BY: |
| 47. Agency Code **DJ02**  48. Personnel Office ID **4017**  49. Approval Date **10/27/2021** | CHRISTINE O'NEILL ASSISTANT DIRECTOR |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238