Standard Form 50, in the Official Personnel Folder or Employee Performance Folder.

**(2) Employees with appeal rights.** When an employee serving on an appointment that does afford appeal rights is separated by the agency, the agency must summarize the reason(s) for the action in the Standard Form 50 remarks. The reason(s) must be consistent with any written reason(s) previously given the employee as the basis for his or her separation.

**e. Unemployment Compensation Claims.** An agency may have factual information that would impact on a former employee's unemployment compensation claim but is not documented on the separation Standard Form 50. In these cases, the agency may retain that information in a "subject file" that is separate and apart from the employee's personal records or any other records that are filed by and retrieved by employee name or employee identifier (such as an employee number, a payroll number, or Social Security Number). These files are retained for two years from the effective date of the separation.

## 5. Effective Dates.

All separations are effective at the end of the day (midnight) unless an earlier time is indicated on the Standard Form 50. **a. Termination-Appointment In.** When the separation is to move to other Federal employment without a break in service, the effective date should be the day immediately preceding the day the employee entered on duty in the new employing agency. Do not process the Termination-Appt In (agency) action

before receipt of evidence that the employee actually has been appointed in the other agency. Accept as evidence of the appointment *only*:

(1) a copy of the Standard Form 50 or list form of notice by which the other agency appointed the person; *or*

(2) a copy of the other agency's appointment Standard Form 52 showing the appointment date and the appointing official's signature.

**b. Termination during probationary period.** The initial appointment probationary period ends at the end of the employee's tour of duty on the last work day of the probationary period. If management decides to terminate the employee during the probationary period, the Standard Form 50 must be effective on a *day prior* to the last day of the probationary period, or at a specific *time of day* before the end of the employee's work day on the last day of the probationary period.

**c. Other separations.** Resignations are effective on the date specified by the employee. Other separations are effective on the date set by the agency. When advance notice periods are required by law or regulation (for example, under adverse action procedures), the separation may not be effective prior to the last day of any notice period.

**d. Two actions proposed for the same date.** When two actions, such as a termination during probationary period and a resignation, are proposed for the same date but one specifies an earlier time, process the one with the earlier time. When two actions are proposed for the same date and time, process the one that was submitted *first*.