EXHIBIT D — "AGENCY ISSUANCE"

*Chapter 4: Requesting and Documenting Personnel Actions*

10

### c. Format

Prepare lists on white, letter-size paper, following the instructions in Job Aid. Preparing a List Form of Notice. Job Aid. Sample List Form of Notice shows how a list form of notice might be prepared.

### d. Privacy Act Requirements

(1) Distribution of lists with personal information (for example, dates of birth, social security numbers, and agency payroll or employee numbers) violates the Privacy Act of 1974. Therefore, the employee and Official Personnel Folder copies of lists must be "sanitized" to remove personal information about *other* employees.

(2) To delete personal information from the employee and Official Personnel Folder copies of a list, you may computer-generate copies without such data or block out the personal data from a copy of the complete list and reproduce all the employee and Official Personnel Folder copies from this "sanitized" copy. You may also make separate "sanitized" employee and Official Personnel Folder copies for each employee. To do so, temporarily block out the personal information about all but one individual and reproduce employee and Official Personnel Folder copies for that individual; then do the same for each employee on the list.

### e. Distribution.

Give a copy of the "sanitized" list to the employee and file a copy in the Official Personnel Folder. Follow your agency's instructions to distribute any other copies.

## 7. Notifying Employees of Personnel Actions

Agencies must notify employees of personnel actions taken on them. This applies to all personnel actions as defined in this Guide. The method used depends on the action.

### a. SF-50

The SF-50 is the required form of employee notification for accessions, conversions, and separations (natures of action in the 100s, 500s, and 300s) and for corrections and cancellations of those actions. The only exception is the use of a list form of notice for mass transfers (see section 6 of this chapter).

---

*Chapter 4: Guide to Processing Personnel Actions*