**EXHIBIT F — "RETROSPECTIVE MANIPULATION"**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D. C. 20535-0001

January 6, 2021

Lawrence A. Berger, Esquire
Mahon & Berger
70 Glen Street, Suite 249
Glen Cove, New York 11542
via email at lberger@lbfedlaw.com

Re: Probationary Removal of Benjamin O. Souther

Dear Mr. Berger,

I am in receipt of your letter regarding the probationary removal of former FBI Special Agent Benjamin O. Souther.

Prior to his removal on October 26, 2021, Mr. Souther was serving a two-year probationary period as a special agent with the FBI. October 27, 2021 would have been Mr. Souther's two-year anniversary with the FBI, meaning that his last day of probation was October 26, 2021. Prior to the end of his tour of duty on October 26, 2021, Mr. Souther was served with a letter terminating his employment with the FBI during his probationary period, with that termination being effective immediately upon receipt of the letter.

The FBI will soon issue a corrected SF-50 to more accurately capture the effective time of Mr. Souther's termination, which, as you point out in your letter, memorializes Mr. Souther's removal prior to the end of his probationary period.

Please direct any future communications in this matter to my attention.

Sincerely,

_____/s/_____
T. Brooks Anderson
Assistant General Counsel
Office of the General Counsel
(202) 812-0083
tbanderson2@fbi.gov

26



- .270 Winchester
suppressor
① THe 33
② DIRTY HARRy *
$ 1000
$ 100 TRUST
$ 45 prints/picture

Cody

A: 252926 6747
e: 06112843

$ 100 per trade
$ 100 per trade

a day - 2

Junk B Glove
770 - 990 - 7575

① Dave Sleppy
Cataty Strein

② Smith, Gilliam, & Williams

will winus

5024 BIRD RD
$ 308,000
$ 15,000

- FiLE    NORTHERN

- CIVIL DIVS
- FiLE
- SUMMONS
-

CIVIL DIVISION

① CIVIL COVER SHEET - Fill out
② SUMMONS - FILEout
③
④ In Person

- CASH $405

12 - 1:30 PM

121 spring st. SE (Sydney D. Smith)
CLERKS OFFICE 201    8 PM - 4:45

250/more

PR

$16 = \left(\$4,000\right)$

$= \left(\$4500\right)$

**DOORS**

3080 – WOOD FRONT
3068 – STEEL
3068 – FULL LITE STEEL

**FRONT:**

(5) 2640 – GARAGE
(3) 2660 – DINING
(1) 2626 – DINING
(3) 2646 – LAUNDRY / CLOSET
(2) 2650 – BONUS
(2) 2626 – DORMER

**RT**

(1) 4040 TEMPERED
(2) 3020

**BACK**

(5) 2660 – MBR/GR
(1) 2626 – MASTER
(1) 6060 – –PICTURE
(1) 6040 – –AWNING
(4) 2640 – RESOURCE
(3) 2660 – BR2

**LT**

(2) 3020
(1) 2030 (TEMP?)
(2) 2650 BR 3
(2) 3020