EXHIBIT B — OIG DECLINATION

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

May 8, 2024

C. Anthony Smith
7TonySmith8@gmail.com

Dear Mr. Smith:

The Office of the Inspector General (OIG) has received your correspondence and reviewed the information you provided. After careful consideration and in view of the limited resources of the OIG, we have decided not to open an investigation of the allegations you raise.

However, we believe that the issues you raise should be brought to the attention of the responsible components/agencies for possible administrative inquiry and management review. We would therefore like to forward your correspondence to the Federal Bureau of Investigation, Inspection Division for further action.

Please indicate by marking the appropriate box below whether and under what conditions you consent to the OIG forwarding your complaint to this component/agency. Please return this consent decision to us at the following address:

U.S. Department of Justice
Office of the Inspector General
Investigations Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

If you elect to provide us with a modified or redacted version of your complaint, please provide that when you return the consent decision.

Your response is appreciated and time sensitive. <u>If you do not return your consent decision to us within two months of our mailing date, the OIG will close the matter and take no further action regarding your complaint.</u>

If you have any questions, please contact us again.

Sincerely,

Office of the Inspector General
Investigations Division