# EXHIBIT C - NON-PROBATIONARY



**Job Description** ⋮

**SPECIAL AGENT- GL-1811-10 (External - All U.S. Citizens)**

• You should review the Special Agent Selection Process: All You Need to Know to Apply guide before you begin the application process. This guide provides helpful information about processing for the Special Agent position.

• Upon completion of a two-year probationary period, Special Agents will transition from GL to the General Schedule (GS) pay scale.

• All FBI positions are in the excepted service.

• Federal agencies may request information regarding the vaccination status of selected applicants for the purposes of implementing certain workplace safety protocols. Positions with fitness for duty requirements or those that require international travel may require proof of certain vaccinations.

• Failure to provide necessary and relevant information required by this vacancy announcement may disqualify you from consideration. Additional information will not be requested if your application is incomplete. Your application will be evaluated solely on the basis of information you have submitted.

• Identification of promotion potential in this announcement does not constitute a commitment or an obligation on the part of management to promote the employee selected at some future date. Promotion will depend upon administrative approval and the continuing need for an actual assignment and performance of higher-level duties.

• If you are hired, you will be required to serve a two-year

<Careers    Start

