Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) SOUTHER, BENJAMIN O | 2. Social Security Number (P-1) | 3. Date of Birth (S) | 4. Effective Date 10/26/2021 |
|---|---|---|---|

### FIRST ACTION / SECOND ACTION

| 5-A. Code 385 | 5-B. Nature of Action TERM DURING PROB/TRIAL PERIOD | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 5-C. Code L4M | 5-D. Legal Authority REG 315.804 EQ | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number SPECIAL AGENT 30401148  111001 | 15. TO: Position Title and Number |
|---|---|

| 8. Pay Plan GS | 9. Occ. Code 1811 | 10. Grade or Level 11 | 11. Step or Rate 03 | 12. Total Salary 90,816.00 | 13. Pay Basis PA |
|---|---|---|---|---|---|

| 12A. Basic Pay 59,474.00 | 12B. Locality Adj. 13,179.00 | 12C. Adj. Basic Pay 72,653.00 | 12D. Other Pay 18,163.00 |
|---|---|---|---|

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay .00 | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay .00 |
|---|---|---|---|

| 14. Name and Location of Position's Organization FEDERAL BUREAU OF INVESTIGATION ATLANTA | 22. Name and Location of Position's Organization 1B DJ AV0204304000000000   PP 22 2021 |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference 1 — 1–None  2–5–Point  3–10–Point/Disability  4–10–Point/Compensable  5–10–Point/Other  6–10–Point/Compensable/30% | 24. Tenure 1 — 0–None  1–Permanent  2–Conditional  3–Indefinite | 25. Agency Use | 26. Veterans Preference for RIF  YES  X NO |
|---|---|---|---|

| 27. FEGLI W0  BASIC-5X ADDITIONAL | 28. Annuitant Indicator 9  NOT APPLICABLE | 29. Pay Rate Determinant 0  NOT APPLICABLE |
|---|---|---|

| 30. Retirement Plan MF  FERS (FRAE) SPECIAL | 31. Service Comp. Date (Leave) 10/27/2019 | 32. Work Schedule F  FULL TIME | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|

### POSITION DATA

| 34. Position Occupied 2 — 1–Competitive Service  2–Excepted Service  3–SES General  4–SES Career Reserved | 35. FLSA Category E — E–Exempt  N–Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status 8888 |
|---|---|---|---|

| 38. Duty Station Code 13-0280-089 | 39. Duty Station (City – County – State or Overseas Location) ATLANTA  DEKALB  GA |
|---|---|

| 40. Agency Data | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: X | 44. ED LV:07 YR:00 INST PRG:000000 |
|---|---|---|---|---|

45. Remarks
SF 2819 was provided.  Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage for up to 18 months.
Forwarding address:
5502 Bark Camp Rd Murrayville, GA 30564
Lump-sum payment to be made for any unused annual leave.
OPF retained by FBI EOPF UNIT
Reason(s) for termination:
Failure to meet the suitability standards.

*off of probation*

| 46. Employing Department or Agency U.S. DEPARTMENT OF JUSTICE | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code DJ02 | 48. Personnel Office ID 4017 | 49. Approval Date 10/27/2021 | CHRISTINE O'NEILL ASSISTANT DIRECTOR |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238