**EXHIBIT F — DISSEMINATION**



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

March 29, 2023

Mr. Benjamin O. Souther
5502 Bark Camp Road
Murrayville, GA 30564

Dear Mr. Souther:

Prior to your dismissal from the Federal Bureau of Investigation (FBI), the Security Division (SecD) was conducting an investigation predicated upon receipt of information which could affect your eligibility to retain a security clearance. Section 1.2(d) of Executive Order (EO) 12968 mandates "[a]ll employees shall be subject to investigation by an appropriate government authority prior to being granted access to classified information and at any time during the period of access to ascertain whether they continue to meet the requirements for access." Additionally, Section 2.1(b)(4) states, "[a]ccess to classified information shall be terminated when an employee no longer has a need for access."

Pursuant to your dismissal, there was no longer a need for you to retain a security clearance, and you were subsequently debriefed. Consequently, SecD has discontinued further consideration of your eligibility for a security clearance. However, if you should seek reinstatement or a contract position with the FBI that requires a security clearance, and/or request unescorted access in FBI space, SecD will revisit this matter and pursue it to a logical conclusion. Until a complete security adjudication has been conducted and approved, you are not eligible for access in FBI space.

You should also be aware that information regarding the circumstances and security concerns relating to your dismissal from the FBI may be made known to other federal government agencies should you apply for employment requiring a security clearance.

Sincerely,

Jennifer Leigh Moore
Executive Assistant Director
Human Resources Branch