**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

BENJAMIN ODUM SOUTHER,

Plaintiff,

v. CIVIL ACTION FILE NO. 2:25-cv-00150-SCJ

UNITED STATES DEPARTMENT OF JUSTICE,
AND FEDERAL BUREAU OF INVESTIGATION,

Defendants,

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties stipulate and agree to plaintiff's voluntary dismissal with prejudice of this action.

/s/ Nick Mote
Lead Counsel
Georgia Bar Number 355468
Mote Law
Georgia Bar Number 355468
4306 Cleveland Highway, Suite A
Gainesville , GA 30506
Business Telephone (706) 200-8426
Email Address nick@motelaw.com

/s/ John David Kuchta
Pro Hac Vice Counsel
Foley & Wilson
12481 Brantley Commons Court
Fort Myers, FL 33907
(239) 690-6080
jkuchta@robertfoleylaw.com

/S/ ANITA BALASUBRAMANIAN
*Assistant United States Attorney*
Georgia Bar No. 372029
*600 U.S. Courthouse*
*75 Ted Turner Drive SW*
*Atlanta, GA 30303*

*(404) 581-6000 fax (404) 581-6181*
Anita.Balasubramanian@usdoj.gov